```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -   X
                                 :
UNITED STATES OF AMERICA         :    UNSEALING ORDER
                                 :
         - v. -                  :    S11 19 Cr. 91 (DLC)
                                 :
JHON CAHUANA-BARRIENTOS,         :
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - -    :
                                 :
                                 X
```

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Matthew J.C. Hellman and David J. Robles;

It is found that the Indictment in the above-captioned action, S11 19 Cr. 91 (DLC), is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       November 13, 2023

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE