UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      S11 19cr91-12(DLC)
            -v-                          :
                                         :           ORDER
JHON CAHUANA-BARRIENTOS,                 :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

In response to the defendant's February 27, 2024 letter requesting 5 hours of access to his discovery materials in the law library each week, it is hereby

ORDERED that the Hudson County Correctional Center, 30-35 Hackensack Avenue, Kearney, New Jersey, permit inmate John Cahuana Barrientos to have a minimum of five hours of law library access each week or explain by letter to the Court no later than March 15, 2024 why such access cannot be given.

Dated:    New York, New York
          March 1, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge