```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    S11 19cr91-12(DLC)
             -v-                      :
                                      :         ORDER
JHON CAHUANA-BARRIENTOS,              :
                                      :
                       Defendant.     :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a change of plea is scheduled in this matter for May 20 at 4:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
            May 16, 2024

                                                                 _____
                                                                    DENISE COTE
                                            United States District Judge