UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :      S11 19cr91-12(DLC)
           -v-                        :
                                      :      ORDER
JHON CAHUANA-BARRIENTOS,              :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced on September 5, 2024.  The parties appear to disagree about his role in the offense.  The Government contends that the defendant "deployed his network of cocaine suppliers and government officials."  It represents that on July 31, 2019 the defendant agreed on the price for a shipment of cocaine.  The defendant contends he acted as a "middle man" in this case, introducing a buyer to cocaine suppliers.  It is hereby

ORDERED that the Government shall provide the Court with the transcript or summary of the July 31, 2019 meeting.

IT IS FURTHER ORDERED that the parties shall confer regarding the necessity for a Fatico hearing.

Dated:    New York, New York
          September 4, 2024

                              _____
                              DENISE COTE
                              United States District Judge